

Ex A