

EXHIBIT B

Ex B