## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Ohio

Case Number: 4:21-CV-2267

Plaintiff:
**The Honorable Reverend Kenneth L. Simon, et al.**

vs.

Defendant:
**Govenor Mike Dewine, et al.**

For:
Percy Squire
Percy Squire Col, LLC
341 South Third Street
Suite 10
Columbus, OH 43215

Received by Greentree Legal on the 3rd day of December, 2021 at 8:51 am to be served on **Govenor Mike Dewine, 77 South High Street, RIFFE CTR, 30th Floor, Columbus, OH 43215**.

I, Rodney VanBrimmer II, do hereby affirm that on the **3rd day of December, 2021** at **1:11 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to: **Daniel Murray** as **Sr. Legal Counsel** at the address of: **77 South High Street, RIFFE CTR, 30th Floor, Columbus, OH 43215**, who stated they are authorized to accept service for **Mike Dewine**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am in good standing in the judicial circuit in which the process was served.

_____
Rodney VanBrimmer II
Process Server

**Greentree Legal**
10925 Reed Hartman Highway
Suite 300
Cincinnati, OH 45242
(513) 891-8600

Our Job Serial Number: GRT-2021006407
Ref: Govenor Mike Dewine