## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE HONORABLE REVEREND KEVIN L. SIMON, ET AL. | : | CASE NO. 4:21-cv-2267 |
| | : | RELATED CASE. 4:88-CV-1104 |
| | : | |
| PLAINTIFFS, | : | JUDGE JOHN R. ADAMS |
| | : | |
| VS. | : | |
| | : | "THREE-JUDGE PANEL |
| | : | REQUESTED" |
| | : | |
| GOVERNOR MIKE DEWINE, ET AL. | : | |
| | : | "CLASS-ACTION ALLEGATIONS" |
| DEFENDANTS. | : | |
| | : | "CLAIM OF |
| | : | UNCONSTITUTIONALITY" |

### ENTRY

In accordance with the provisions of Title 28 U.S.C. §2284(b)(1), a request for three judges having been filed by Plaintiffs and the Undersigned having determined the Plaintiffs have filed an action challenging the Constitutionality of the apportionment of Ohio Congressional districts and the apportionment of the Ohio Senate, the Chief Judge of the United States Court of Appeals for the Sixth Circuit is hereby respectfully notified that under 28 U.S.C. §2284 the conveying of a three judge court is mandatory.

**IT IS SO ORDERED.**

_____          _____
DATE                                      JOHN R. ADAMS
                                          UNITED STATES DISTRICT JUDGE