# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE HONORABLE REVEREND KEVIN L. SIMON, ET AL. | : | CASE NO. 4:21-cv-2267 |
| | : | RELATED CASE. 4:88-CV-1104 |
| PLAINTIFFS, | : | |
| | : | JUDGE JOHN R. ADAMS |
| VS. | : | |
| | : | "THREE-JUDGE PANEL |
| | : | REQUESTED" |
| GOVERNOR MIKE DEWINE, ET AL. | : | |
| | : | "CLASS-ACTION ALLEGATIONS" |
| DEFENDANTS. | : | |
| | : | "CLAIM OF |
| | : | UNCONSTITUTIONALITY" |

**ENTRY**

In accordance with the provisions of Federal Rule of Civil Procedure 65, it is hereby,

**ORDERED, ADJUDGED AND DECREED**, that the February 2, 2022 deadline for the filing of petitions as a candidate for the office of representative of the 33rd Ohio Senate District or 6th Ohio United States House of Representative District be extended until 30 days following a decision on Plaintiffs' motion for a preliminary injunctions; it is further

**ORDERED, ADJUDGED AND DECREED**, that Defendants shall immediately devise districting plans for the Ohio Senate and Ohio United States House of Representative Districts that consider the totality of circumstances and opinion of this Court in <u>Armour v. Ohio</u>, 775 F. Supp. 1044, 6th Cir. (1991).

**IT IS SO ORDERED.**

2

_____   _____
DATE                          JOHN R. ADAMS
                              UNITED STATES DISTRICT JUDGE