# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **KENNETH L. SIMON, et al.,** : | |
| : | |
| Plaintiffs, : | Case No. 4:21-cv-02267 |
| : | |
| v. : | **JUDGE JOHN ADAMS** |
| : | |
| **GOVERNOR MIKE DeWINE, et al.,** : | |
| : | |
| Defendants. : | |

## DEFENDANTS' STATUS REPORT

This status report is submitted pursuant to this Court's January 12, 2022, Order granting a stay pending the resolution of the Redistricting Cases pending in the Ohio Supreme Court.

In the General Assembly Plan cases[1], the Ohio Supreme Court twice declared the General Assembly-district plan invalid. Most recently, the Court ordered that a new plan be adopted by the Ohio Redistricting Commission no later than February 17, 2022. The Commission adopted a new Plan on February 24. The petitioners in those cases filed their objections on February 28, and the respondents filed their responses on March 3. The February 24 General Assembly Plan is now decisional and the parties are awaiting a ruling by the Ohio Supreme Court on the constitutionality of the Plan.

In the Congressional Plan cases[2], the Ohio Supreme Court declared the Congressional-district plan invalid on January 14, 2022, and ordered the General Assembly to pass a new

---

[1] *League of Women Voters of Ohio, et al. v. Ohio Redistricting Commission, et al (I).,* Case No. 2021-1193; *Bennett, et al. v. Ohio Redistricting Commission, et al.,* Case No. 2021-1198; and *Ohio Organizing Collaborative, et al. v. Ohio Redistricting Commission, et al.,* Case No. 2021-1210.
[2] *Adams et al. v. DeWine et al.*, Case No. 2021-1428 and *League of Women Voters of Ohio, et al. v. Ohio Redistricting Commission, et al (II).,* Case No. 2021-1449.

Congressional-district plan. The Ohio Redistricting Commission passed a new Congressional-district plan on March 2. On March 4, the Adams petitioners moved the Ohio Supreme Court to declare the new plan invalid. On March 7, League of Women Voters petitioners moved the Ohio Supreme Court to declare the new plan invalid as to new Congressional Districts 1 and 15. All of the respondents filed their responses by March 10. The March 2 Congressional District Plan is now decisional and the parties are awaiting a ruling by the Ohio Supreme Court on the constitutionality of that Plan as well.

Because the redistricting plans may change yet again, the Defendants request that this Court's January 12, 2022, stay be continued pending the final resolution of the Redistricting Cases.

Respectfully submitted,

DAVE YOST (0056290)
Attorney General of Ohio

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762)
ALLISON D. DANIEL (0096186)
Assistant Attorneys General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Allison.Daniel@OhioAGO.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 11, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system.

             */s/ Julie M. Pfeiffer*
             JULIE M. PFEIFFER (0069762)
             Assistant Attorney General