# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE HONORABLE REVEREND KENNETH L. SIMON, ET AL. | : | CASE NO. 4:21-cv-2267 |
| | : | RELATED CASE. 4:88-CV-1104 |
| PLAINTIFFS, | : | |
| | : | JUDGE JOHN R. ADAMS |
| VS. | : | |
| | : | "THREE-JUDGE PANEL |
| | : | REQUESTED" |
| GOVERNOR MIKE DEWINE, ET AL. | : | |
| | : | "CLASS-ACTION ALLEGATIONS" |
| DEFENDANTS. | : | |
| | : | "CLAIM OF |
| | : | UNCONSTITUTIONALITY" |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action, without prejudice.

/s/ Percy Squire_____
Percy Squire (0022010)
Percy Squire Co., LLC
341 S. Third Street, Suite 10
Columbus, Ohio 43215
(614) 224-6528, Telephone
(614) 224-6529, Facsimile
psquire@sp-lawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by operation of the United States District Court, Northern District of Ohio electronic filing system, on March 22, 2022.

/s/ Percy Squire_____
Attorney for Plaintiffs (0022010)